# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Beryl A. | US District Court for the District of Columbia | 5/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge (active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse, Room 6600
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Commissioner | United States Sentencing Commission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/17/2010 | Stroz Freedberg Joinder Agreement to Securities Purchase Agreement |
| 2. 4/20/2009 | Separation agreement with Stroz Friedberg |
| 3. 3/12/2007 | Stroz Friedberg Equity Incentive Plan/Restricted Stock Unit Award; no control |
| 4. 1/20/2008 | Stroz Friedberg Equity Incentive Plan / Restricted Stock Unit Award Agreement; no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | National Geographic Television, salary |
| 2. 2011 | Howard Hughes Medical Institute, salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (svgs. money market.) checking) | A | Interest | L | T | | | | | |
| 2. Schwab Advisor Cash Reserves | A | Interest | N | T | | | | | |
| 3. Schwab US Treasury Money Fund | A | Interest | P1 | T | | | | | |
| 4. Schwab Gov't Money Fund (X) | A | Interest | K | T | | | | | |
| 5. Stroz Friedberg LLC. stock and RSU's | F | Distribution | P1 | W | Sold (part) | 03/14/11 | K | | Stroz Friedberg. LLC |
| 6. Principal Financial Group (401K) | | | | | | | | | |
| 7. --Principal Global Investors Principal Money Market Fund | | | | | Buy (add'l) | 08/01/11 | K | | |
| 8. | | | | | Sold (part) | 08/17/11 | M | | |
| 9. | | | | | Sold (part) | 10/04/11 | L | | |
| 10. | | | | | Closed | 11/07/11 | J | | |
| 11. --Dodge and Cox Fixed Income Fund | | | | | Buy (add'l) | 08/01/11 | K | | |
| 12. | | | | | Buy (add'l) | 08/02/11 | K | | |
| 13. | | | | | Sold (part) | 08/17/11 | M | | |
| 14. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 15. | | | | | Closed | 11/07/11 | J | | |
| 16. --Russel LfPt BalSt E Fund | | | | | Closed | 08/01/11 | M | | |
| 17. --Large Cap S & P 500 Indx Inst Fund | | | | | Buy (add'l) | 08/01/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 19. | | | | | Sold (part) | 08/02/11 | L | | |
| 20. | | | | | Sold (part) | 08/17/11 | J | | |
| 21. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 22. | | | | | Closed | 11/07/11 | J | | |
| 23. --Midcap S & P 400 Index Inst Fund | | | | | Buy (add'l) | 08/01/11 | J | | |
| 24. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 25. | | | | | Sold (part) | 08/17/11 | L | | |
| 26. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 27. | | | | | Closed | 11/07/11 | J | | |
| 28. --Vanguard Short Term Bond Index Inv Fund | A | Dividend | | | Buy | 08/01/11 | K | | |
| 29. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 30. | | | | | Sold (part) | 08/17/11 | K | | |
| 31. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 32. | | | | | Closed | 11/07/11 | J | | |
| 33. --American Funds Fund A Mutual | | | | | Buy | 08/01/11 | J | | |
| 34. | | | | | Buy (add'l) | 08/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/17/11 | K | | |
| 36. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 37. | | | | | Closed | 11/07/11 | J | | |
| 38. --Heartland Value Plus Inst. Fund | | | | | Buy | 08/01/11 | J | | |
| 39. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 40. | | | | | Sold (part) | 08/17/11 | J | | |
| 41. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 42. | | | | | Closed | 11/07/11 | J | | |
| 43. --American century Heritage A Fund | | | | | Buy | 08/01/11 | J | | |
| 44. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 45. | | | | | Sold (part) | 08/17/11 | J | | |
| 46. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 47. | | | | | Closed | 11/07/11 | J | | |
| 48. --Columbia Midcap Value Z Fund | | | | | Buy | 08/01/11 | J | | |
| 49. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 50. | | | | | Sold (part) | 08/17/11 | J | | |
| 51. | | | | | Buy (add'l) | 10/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Closed | 11/07/11 | J | | |
| 53. --Principal Large Cap Growth I Inst Fund | | | | | Buy | 08/01/11 | J | | |
| 54. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 55. | | | | | Sold (part) | 08/17/11 | J | | |
| 56. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 57. | | | | | Closed | 11/07/11 | J | | |
| 58. --Principal Small Cap S & P 600 Index Inst Fund | | | | | Buy | 08/01/11 | J | | |
| 59. | | | | | Sold (part) | 08/17/11 | J | | |
| 60. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 61. | | | | | Closed | 11/07/11 | J | | |
| 62. --Royce value Plus Service Fund | | | | | Buy | 08/01/11 | J | | |
| 63. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 64. | | | | | Sold (part) | 08/17/11 | J | | |
| 65. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 66. | | | | | Closed | 11/07/11 | J | | |
| 67. --Templeton Global Bond A Fund | A | Dividend | | | Buy | 08/01/11 | K | | |
| 68. | | | | | Buy (add'l) | 08/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/17/11 | K | | |
| 70. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 71. | | | | | Closed | 11/07/11 | J | | |
| 72. --American Fund Europacific Growth A Fund | | | | | Buy | 08/01/11 | J | | |
| 73. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 74. | | | | | Sold (part) | 08/17/11 | K | | |
| 75. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 76. | | | | | Closed | 11/07/11 | J | | |
| 77. TIAA CREF Money Market (401k) | | None | J | T | Open | 07/29/11 | J | | |
| 78. Vanguard Growth Index Fund (401K) | | None | K | T | Open | 07/29/11 | J | | |
| 79. American Funds VCSP/ College America Savings Plan | | None | | | | | | | |
| 80. --Growth Fund of America 529F1 | | None | | | Closed | 07/28/11 | L | | |
| 81. --New Economy Fund 529F1 | | None | | | Closed | 07/28/11 | L | | |
| 82. --New Perspective Fund 529 F1 | | None | | | Closed | 07/28/11 | L | | |
| 83. --New World Fund 529 F1 | | None | | | Closed | 07/28/11 | M | | |
| 84. --Fundamentl Investors Account 529F1 | A | Dividend | | | Distributed (part) | 01/04/11 | J | | |
| 85. | | | | | Closed | 07/28/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div... rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Capital Income Builder 529 F1 | A | Dividend | | | Distributed (part) | 01/04/11 | J | | |
| 87. | | | | | Distributed | 07/28/11 | K | | |
| 88. --American Funds Money Market Fund 529F1 | | None | O | T | Distributed (part) | 01/04/11 | J | | |
| 89. | | | | | Buy (add'l) | 07/28/11 | N | | |
| 90. | | | | | Distributed (part) | 07/28/11 | K | | |
| 91. | | | | | Distributed (part) | 09/07/11 | K | | |
| 92. | | | | | Distributed (part) | 12/13/11 | K | | |
| 93. MONY whole life insurance policy | A | Interest | J | T | | | | | |
| 94. Abbot Laboratories common stock | A | Dividend | | | Sold | 01/20/11 | K | B | |
| 95. Apple Common Stock | | None | | | Sold | 01/20/11 | K | D | |
| 96. Barrick Gold Corporation Common Stock | | None | | | Sold | 01/20/11 | K | B | |
| 97. Blackstone Group Common Stock | | None | | | Sold | 01/20/11 | J | A | |
| 98. Boeing Common Stock | | None | | | Sold | 01/20/11 | K | D | |
| 99. Celgene Common Stock | | None | | | Sold | 01/20/11 | K | A | |
| 100. Coca Cola Common Stock | | None | | | Sold | 01/20/11 | K | D | |
| 101. Corning Common Stock | | None | | | Sold | 01/20/11 | K | B | |
| 102. Express Scripts Common Stock | | None | | | Sold | 01/20/11 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Exxon Mobil Stock | | None | | | Sold | 01/20/11 | K | D | |
| 104. Fedex Common Stock | | None | | | Sold | 01/20/11 | K | C | |
| 105. Goldman Sachs Common Stock | | None | | | Sold | 01/20/11 | J | A | |
| 106. Intel Common Stock | | None | | | Sold | 01/20/11 | K | B | |
| 107. IBM Common Stock | | None | | | Sold | 01/20/11 | K | D | |
| 108. Microsoft Common Stock | | None | | | Sold | 01/20/11 | J | | |
| 109. Mylan Common Stock | | None | | | Sold | 01/20/11 | K | D | |
| 110. Potash Corp Common Stock | A | Dividend | | | Sold | 01/20/11 | K | E | |
| 111. Schlumberger Ltd Common Stock | A | Dividend | | | Sold | 01/20/11 | L | E | |
| 112. Qualcomm Common Stock | | None | | | Sold | 01/20/11 | J | C | |
| 113. Black Rock High Yield Bond Institutional Mutual Fund | A | Dividend | | | Sold | 07/29/11 | K | A | |
| 114. Fairfax County, VA Tax Exempt Bond | B | Interest | L | T | | | | | |
| 115. Federal Home Loan Bank Fixed Income account | A | Interest | L | T | | | | | |
| 116. GE Capitol Corporate Bond | | None | | | Sold | 01/20/11 | K | | |
| 117. Goldman Sachs BRIC Institutional ETF | | None | | | Sold | 06/23/11 | K | B | |
| 118. Hanover City VA Go Pub Impt-Ser Tax exempt Bond | A | Interest | L | T | | | | | |
| 119. JP Morgan Chase Corporate Bond | | None | | | Sold | 01/20/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares Tr Russell 2000 Growth Index Fund | A | Dividend | | | Sold | 07/29/11 | L | D | |
| 121. Ishares DJ US Oil Equipment ETF | A | Dividend | J | T | Buy | 03/21/11 | K | | |
| 122. | | | | | Sold (part) | 12/20/11 | K | | |
| 123. Ishares Russell 1000 Growth | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 124. Ishares Russell Midcap Growth | A | Dividend | | | Buy | 03/29/11 | J | | |
| 125. | | | | | Sold | 08/04/11 | J | | |
| 126. Turner Large Core Growth Institutional ETF Fund | | None | J | T | Sold (part) | 03/10/11 | J | A | |
| 127. Turner Midcap Growth Institutional | | None | | | Sold | 08/04/11 | J | A | |
| 128. US Inflation Index Bond --Government bond | A | Interest | M | T | Buy (add'l) | 09/22/11 | L | | |
| 129. | | | | | Buy (add'l) | 11/17/11 | L | | |
| 130. | | | | | Buy (add'l) | 12/15/11 | L | | |
| 131. Vanguard Emerging Markets ETF | | None | | | Sold | 06/23/11 | L | B | |
| 132. Global X Copper Miners ETF | | None | | | Buy | 11/11/11 | K | | |
| 133. | | | | | Sold | 12/14/11 | K | | |
| 134. Global X Silver Miners ETF | | None | | | Buy | 03/21/11 | K | | |
| 135. | | | | | Sold | 10/05/11 | K | | |
| 136. Market vectors Agribusiness ETF | | None | | | Buy | 03/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/05/11 | K | | |
| 138. Pimco Real Return Inst Fund | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 139. SPDR Consumer Discretionary ETF | | None | | | Buy | 11/11/11 | M | | |
| 140. | | | | | Sold | 12/14/11 | M | | |
| 141. SPDR S & P Biotech ETF | | None | J | T | Buy | 03/30/11 | K | | |
| 142. | | | | | Sold (part) | 12/20/11 | K | | |
| 143. Technology SPDR | A | Dividend | J | T | Buy | 01/18/11 | K | | |
| 144. | | | | | Sold (part) | 12/20/11 | K | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Howell, Beryl A. | 5/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Investments and Trusts)

In my 2009 Annual Financial Discolsure Report, dated July 31, 2010, I listed Smith International Common Stock (line 62). I did not list this asset in my 2010 Report because Smith International merged with Schlumberger on August 27, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 5/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544